Eddie Irizarry<br>
3 Mead St.<br>
Everett MA, 02149<br>
(781)244-4247

2004 JUN -2 A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

To Whom it may Concern,

      This is in regards to DIRECTV. Inc. V. Eddie A. Irizarry. Case# 03 12260 EFH.

      I have just received a default letter in regards to this case. When I first received the summoned I did contact the plaintiffs attorney, John M. McLaughlin. I had no idea about any of the charges brought against me. From what I understand there was an item purchased with my credit card that could be used to access Direct TV illegally.

      I know nothing about this item and its purposes. I never received this item nor did I purchase it. I told Mr. McLaughlin this and he said that the courts were tired of hearing this same story. He said that for $5000.00 and atty. fees he would settle this case. I told him that I could never afford that kind of money. I don't have a savings account and I have two small children at home. I live in an apartment and make less than $20,000 a year and can barely support my family. He then asked me for a copy of my pay stub and my tax return. Not knowing a lot about legal stuff I told him I'd get back to him. At that time I tried to acquire an attorney to represent me but they wanted a lot of money. I called the Mass. Bar Assoc. to seek free legal aid. They suggested an attorney who after eventually returning my phone call said he does not take that type of case.

      Shortly after that I received a default letter in the mail. I can't afford to hire a lawyer. DIRECTV has no proof that I received this so called item or utilized their services without paying. I explained to Mr. McLaughlin that I believe someone else used my credit card to purchase something online. I didn't know that the item they purchased was illegal. I'm not guilty in this case and I would like an opportunity to defend myself. I would like a chance to appear in court to clear this matter.

Sincerley;<br>
Eddie Irizarry