UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc._____)<br>          Plaintiff,                        )<br>                                              )<br>vs.                                         )<br>                                              )<br>Eddie A. Irizarry                   )<br>                                              )<br>          Defendant                  )<br>_____) | Case No.: **1:03-cv-12260 EFH**<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

8/5/05
Date

_____
John M. McLaughlin, Its Member
Green Miles Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328


Defendant

8/5/05
Date

_____
Eddie A. Irizarry
560 Park Avenue #1
Revere, MA 02151-3324

1